**ROLAND MACHINERY COMPANY, INC., a Corporation, Respondent,**

v.

**Michael R. BUTLER d/b/a Michael R. Butler Farms, Appellant.**

**No. WD 52560.**

Missouri Court of Appeals,
Western District.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Robert J. Selsor, St. Louis, Thomas Michael Schneider, Columbia, Rodney J. Stevens, Columbia, for Respondent.

Daniel Ray Dunham, Columbia, for Appellant.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Appellant appeals the trial court's judgment awarding damages to respondent for

breach of a written lease agreement between the parties.

Judgment affirmed.   Rule 84.16(b).